# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 15-64213-BEM |
| KIMBERLY MARIE CRAIG. | ) | |
| Debtor, | ) | |
| | ) | |
| | ) | |
| VALERIE MCELWANEY | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY MARIE CRAIG, Debtor | ) | |
| and NEIL C. GORDON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that VALERIE MCELWANEY filed a Motion to Enforce Settlement Agreement and related papers with the Court seeking an Order on the Motion to Enforce Settlement Agreement on March 12, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Enforce Settlement Agreement in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **10:00 A.M. on April 10, 2018**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the

Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1204, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 12, 2018

/s/ _____

Howard P. Slomka
Georgia Bar #652875
Attorney for Movant
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | CASE NO. 15-64213-BEM |
| KIMBERLY MARIE CRAIG. | |
| Debtor, | |
| | |
| VALERIE MCELWANEY | |
| Movant, | CONTESTED MATTER |
| | |
| v. | |
| | |
| KIMBERLY MARIE CRAIG, Debtor | |
| and NEIL C. GORDON, Trustee, | |
| | |
| Respondents. | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Comes now, Valerie McElwaney by and through her undersigned counsel and files this motion to Enforce Settlement Agreement.

On April 14, 2017 this Court entered its Order Approving Settlement Agreement (Doc. No. 98). The settlement required Morris Edward Miles ("Miles") to deliver $40,000 (the "Funds") to the Chapter 7 trustee. Mr. Miles complied with his obligation to deliver the Funds on May 8, 2017.[1] Miles was the father of the Movant, and is or may

---

[1] The funds were delivered directly from a ScottTrade account to Trustee Neil Gordon. Miles had initiated the transaction immediately after the April 14 Order. In the two weeks in between the order and the delivery of the Funds, Miles fell (on May 1, 2017), hit his head, suffered a stroke and never again regained consciousness. Miles passed away in Grady Hospital on May 9, 2017.

[2] Debtor and Mile's daughters are now engaged in a probate dispute over which will is valid, and over the proper ownership of the assets of Miles, including the house which is the subject of the quitclaim deed described below.

be heir to his estate.[2] Debtor Kimberly Marie Craig and Miles had negotiated a "Settlement Agreement" amongst themselves that required the delivery of a Quitclaim Deed from Debtor to Miles related to Miles' residence at 4730 Stillwood Cove, Forest Park, GA 30297 (the "House") in exchange for Miles' delivery of the Funds.  While Debtor has executed a notarized Quitclaim Deed, dated June 9, 2017 (attached hereto as *Exhibit A*), Debtor refuses to deliver an original to allow counsel to record the Quitclaim Deed in the public records of Clayton County.  Debtor's counsel has requested the original in person and via electronic mail on at least three separate occasions from Debtor's bankruptcy and probate counsel.  On information and belief, Debtor is now holding herself out as the sole owner of the House, in contrast to her release of all such rights in the Quitclaim Deed.

Counsel for Movant files this Motion to compel the delivery of the original Quitclaim Deed to counsel, and for all other relief as appropriate, including, without limitation, attorneys fees and costs for bringing this motion.

Dated: March 12, 2018

/s/ Howard P. Slomka
Howard P. Slomka
Attorney for Movant
GA Bar #652875
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404)800-4017
hs@myatllaw.com

Return to:
Howard P. Slomka, Esq.
1069 Spring St., NW
Second Floor
Atlanta, GA 30309

## QUIT CLAIM DEED

STATE OF GEORGIA

COUNTY OF CLAYTON

THIS DEED, made this 9th day of June, 2017 between, **Kimberly Marie Craig**, of the County of Henry, State of Georgia, as party of the First Part, hereinafter called "Grantor", and **MORRIS EDWARD MILES** of County of Clayton, Georgia as party of the Second Part hereinafter called "Grantee" (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH that: Grantor, for and in consideration of the sum of one dollars ($1.00) and OTHER VALUABLE CONSIDERATIONS in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents whereby Grantor does hereby convey and QUIT CLAIM unto the said Grantee the following property commonly known as 4730 Stillwood Cove, Forest Park, Georgia 30297, being more particularly described on Exhibit A attached hereto and herby made a part hereof (the "property")

This deed transfer is made pursuant and in contemplation to the Grantor and Grantees Settlement Agreement in the matter of Kimberly Marie Craig Chapter 7 Bankruptcy Case 15-64213 and resolution of the civil proceeding filed in the Henry County Superior Court CAFN 14-CV-3036. It is the express intent and agreement of Grantor Kimberly Marie Craig that this quit-claim deed does not waive, quit-

claim, or release any right or claim she may have in or receive under the Last Will and Testament or Estate of Morris Edward Miles.

IN WITNESS WHEREOF, the said party of the first part has hereunto set its hands and seals, the day and year first above written.

_____
Kimberly Marie Craig

_____
Witness

Signed, sealed, and delivered
this 9th day of June, 2017
in the Presence of:

_____
Notary Public

My commission expires on 5/10/20

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 15-64213-BEM |
| KIMBERLY MARIE CRAIG. ) | |
|     Debtor, ) | |
| ) | |
| _____ ) | |
| ) | |
| VALERIE MCELWANEY ) | |
|     Movant, ) | CONTESTED MATTER |
| ) | |
| v. ) | |
| ) | |
| KIMBERLY MARIE CRAIG, Debtor ) | |
| and NEIL C. GORDON, Trustee, ) | |
| ) | |
|     Respondents. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached:
- Motion to Enforce Settlement Agreement
- Notice of Hearing

by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

**Former Counsel for Movant**
John Clayton Davis, P.C.
Attorney At Law
The Law South Bldg.
30 Woodruff Street
McDonough, Ga 30253

**Attorney for Debtor:**
Joseph Chad Brannen
Brannen Law Group, P.C.
Suite G
7147 Jonesboro Road
Morrow, Ga 30260

**Chapter 7 Trustee**
Neil C. Gordon
Arnold Golden Gregory LLP
Suite 2100
171 17th Street, N.W.
Atlanta, Ga 30363

**Debtor**
Kimberly Marie Craig
131 Harper Road
McDonough, Ga 30252

**Debtor's Attorney in Civil Suit**
Patrick D. Jaugstetter, Esq.
Power & Jaugstetter, Esq.
P.O. Box 70
McDonough, Ga 30253

**Debtor's Attorney in Probate Matter**
Ted N. Echols, Esq.
ECHOLS LAW GROUP, P.C.
505 Corporate Center Drive, Suite 106
Stockbridge, GA 30281


Dated: March 12, 2018

/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for Movant
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339