# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 15-64213-BEM |
| KIMBERLY MARIE CRAIG. | ) | |
| Debtor, | ) | |
| | ) | |
| | ) | |
| VALERIE MCELWANEY | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY MARIE CRAIG, Debtor | ) | |
| and NEIL C. GORDON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

## AMENDED NOTICE OF HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that VALERIE MCELWANEY has filed a Motion to Enforce Settlement Agreement and related papers with the Court seeking an Order on the Motion to Enforce Settlement Agreement on March 13, 2018 (Doc 107). The matter was previously noticed for April 10, 2010 at 10:00 A.M., (Doc. 106) and it is hereby rescheduled with consent of the parties.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Enforce Settlement Agreement, docket number 107, in Courtroom 1201 Richard Russell Federal Building, 75 Ted Turner Drive, Atlanta, Georgia 30303 at <u>10:00 A.M on May 23, 2017</u>.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Richard Russell Federal Building, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 10th, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Road SE
Suite 1700
Atlanta, Georgia 30339
404-800-4017
HS@myatllaw.com
Attorney for Valerie McElwaney

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 15-64213-BEM |
| KIMBERLY MARIE CRAIG. ) | |
| Debtor, ) | |
| _____ ) | |
| ) | |
| VALERIE MCELWANEY ) | |
| Movant, ) | CONTESTED MATTER |
| ) | |
| v. ) | |
| ) | |
| KIMBERLY MARIE CRAIG, Debtor ) | |
| and NEIL C. GORDON, Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | _____ |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing upon the parties listed below by placing the same in a properly addressed envelope with adequate postage affixed hereto to assure delivery and depositing in the United States Mail addressed as follows:

Ted Echols
505 Corporate Center Drive, Ste. 106
Stockbridge, GA 30281

Joseph Chad Brannen
7147 Jonesboro Rd., Suite G
Morrow, GA 30260

Dated: April 10th, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
2859 Paces Ferry Road SE. Suite 1700
Atlanta, Georgia 30339
HS@myatllaw.com
Attorney for Valerie McElwaney