**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-64213 | SMS | Judge: | Sage M. Sigler | Trustee Name: | NEIL C GORDON, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KIMBERLY MARIE CRAIG | | | | Date Filed (f) or Converted (c): | 09/21/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/21/2015 |
| For Period Ending: | 09/30/2018 | | | | Claims Bar Date: | 01/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE @ 131 HARPER RD. MCDONOUGH, GA 30252 131 HARPER RD | 190,300.00 | 200.00 | OA | 0.00 | FA |
| 2. CASH | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. CHECKING ACCOUNT | 100.00 | 0.00 | OA | 0.00 | FA |
| 4. SAVINGS ACCOUNT | 25.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 6. CLOTHING | 200.00 | 0.00 | OA | 0.00 | FA |
| 7. JEWELRY | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. 401K | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 9. DEBTOR HAS A PENDING LAWSUIT AND CLAIM AGAINST HENRY COUNTY  Debtor lost the lawsuit. Her appeal has been denied. | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 10. 2007 ACURA TSX | 11,000.00 | 6,000.00 | OA | 0.00 | FA |
| 11. CAT | 50.00 | 0.00 | OA | 0.00 | FA |
| 12. REAL PROPERTY: 4730 Stillwood Cove, Forest Park, Clayton Cou (u) | 0.00 | 126,918.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $606,375.00 | $133,118.00 | | $40,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor originally filed Chapter 13 on July 30, 2015.  Her case was converted to Chapter 7 on September 21, 2015.  Debtor's father, Mr. Miles, was the sole owner of certain real property located on Stillwood Cove, Forest Park, Clayton County, Georgia 30297 (the "Property"), which he transferred to the Debtor, by virtue of a Warranty Deed dated November 17, 2009, and recorded with the on the real property records with the clerk of the Superior Court of Clayton County, Georgia (the "Real Estate Records") on November 19, 2009, giving Debtor sole ownership interest and title in the Property. By Quitclaim Deed dated November 30, 2010, and recorded on the Real Estate Records on December 2, 2010, Debtor conveyed her interest and title in the Property to herself and Mr. Miles as "joint tenants with right of survivorship," thereby giving Debtor and Mr. Miles each an undivided one-half interest in the Property (the "Transfer"). Trustee asserted that the Transfer was for no monetary consideration and no transfer tax was paid, and the Property was unencumbered at the time of the Transfer. Based on an inspection and comparative marketing analysis by a licensed real estate broker, Trustee asserted that the Property could be marketed for sale at a listing price of $69,900.00 to sell for no less than $66,000.00 ("Trustee's Value"). Mr. Miles disputed Trustee's Value. Following negotiations, the parties entered into a court-approved settlement agreement whereby  Mr. Miles  remitted $40,000.00 to the Trustee on behalf of the Estate. Claims reviewed with two objections to be filed.

Initial Projected Date of Final Report (TFR): 08/31/2016	Current Projected Date of Final Report (TFR): 08/31/2019

| Trustee Signature: | /s/ NEIL C GORDON, TRUSTEE | Date: 10/30/2018 |
|---|---|---|

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596
neil.gordon@agg.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-64213 | Trustee Name: NEIL C GORDON, TRUSTEE |
| Case Name: KIMBERLY MARIE CRAIG | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9365 |
| | Checking |
| Taxpayer ID No: XX-XXX8855 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/17 | 12 | Scottrade | Morris Edward Miles' Settlement Proceeds Pursuant to Court Order Entered 4/14/17 (Doc. No. 98) | 1210-000 | $40,000.00 | | $40,000.00 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.11 | $39,955.89 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.52 | $39,898.37 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.37 | $39,839.00 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.28 | $39,779.72 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.29 | $39,722.43 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.10 | $39,663.33 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $40,000.00 | $336.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $336.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,000.00 | $336.67 |

| | | |
|---|---:|---:|
| Page Subtotals: | $40,000.00 | $336.67 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9365 - Checking | $40,000.00 | $336.67 | $39,663.33 |
|  | $40,000.00 | $336.67 | $39,663.33 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Trustee Signature:    /s/ NEIL C GORDON, TRUSTEE    Date: 10/30/2018

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596
neil.gordon@agg.com

Page Subtotals:    $0.00    $0.00